UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | )
|---|---|
| JEAN BATTY, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| -against- | ) |
| | ) |
| KEN ALBERTELLI, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**RULE 7.1 CORPORATE DISCLOSURE OF
PLAINTIFF COMMONWEALTH SECOND AMENDMENT, INC.**

Plaintiff COMMONWEALTH SECOND AMENDMENT, INC., by and through its undersigned counsel, discloses pursuant to Rule 7.1 of the Federal Rules of Civil Procedure that it has no parent company and that no publicly traded company owns 10% or more of its shares.

Dated: January 30, 2015

/s/ Patrick M. Groulx
Patrick M. Groulx, Esq.
BBO No. 673394
Grolman, LLP
321 Columbus Avenue
Boston, Massachusetts 02116
Tel:  617.859.8966
Fax:  617.859.8903
patrick@grollmanllp.com

David D. Jensen, Esq.
DAVID JENSEN PLLC
111 John Street, Suite 420
New York, New York 10038
Tel: 212.380.6615
Fax: 917.591.1318
david@djensenpllc.com
Motion for Admission *Pro Hac Vice* Forthcoming

-2-

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on 30 January 2015.

      /s/ Patrick M. Groulx
    Patrick M. Groulx