UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
JEAN BATTY; D. SCOTT BATTY, JR., MD;        )
MARY LEARNING; KEN TRUDELL; MATT            )
WOLF; PAUL BARNETT; and COMMON-             )
WEATLH SECOND AMENDMENT, INC.,              )
            Plaintiffs,                     )
                                            )
v.                                          )   CIVIL ACTION NO. 1:15-cv-10238
                                            )
KEN ALBERTELLI, in his Official Capacity as )
Chief of the Winchester Police Department;  )
RICHARD C. GRIMES, in his Official Capacity as )
Chief of the Weymouth Police Department;  and )
WILLIAM TAYLOR, in his Official Capacity as )
Superintendent of the Lowell Police Department, )
            Defendant.                      )
_____)

## **NOTICE OF APPEARANCE**

Please enter my appearance as counsel for the defendant Richard C. Grimes, in his

Official Capacity as Chief of the Weymouth Police Department in the above-captioned matter.

                                      Respectfully submitted,
                                      The Defendant,
                                      RICHARD C. GRIMES, in his official capacity as
                                      Chief of the Weymouth Police Department,
                                      By his attorneys
                                      **PIERCE, DAVIS & PERRITANO, LLP**

                                      */s/ Adam Simms*
                                      John J. Davis, BBO #115890
                                      Adam Simms, BBO #632617
                                      90 Canal Street
                                      Boston, MA 02114
                                      (617) 350-0950
                                      jdavis@piercedavis.com
                                      asimms@piercedavis.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing Notice of Appearance filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on March 3, 2015.

                                           */s/ Adam Simms*
                                           Adam Simms