UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEAN BATTY; D. SCOTT BATTY, JR., MD; MARY LEARNING; KEN TRUDELL; MATT WOLF; PAUL BARNETT; and COMMON-WEATLH SECOND AMENDMENT, INC., <br> Plaintiffs, <br><br> v. <br><br> KEN ALBERTELLI, in his Official Capacity as Chief of the Winchester Police Department; RICHARD C. GRIMES, in his Official Capacity as Chief of the Weymouth Police Department;  and WILLIAM TAYLOR, in his Official Capacity as Superintendent of the Lowell Police Department, <br> Defendant. | CIVIL ACTION NO. 1:15-cv-10238 |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for the defendant Richard C. Grimes, in his Official Capacity as Chief of the Weymouth Police Department in the above-captioned matter.

          Respectfully submitted,
          The Defendant,
          RICHARD C. GRIMES, in his official capacity as
          Chief of the Weymouth Police Department,
          By his attorneys
          **PIERCE, DAVIS & PERRITANO, LLP**


          */s/ John J. Davis*
          John J. Davis, BBO #115890
          Adam Simms, BBO #632617
          90 Canal Street
          Boston, MA 02114
          (617) 350-0950
          jdavis@piercedavis.com
          asimms@piercedavis.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing Notice of Appearance filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on March 3, 2015.

                          */s/ John J. Davis*
                          John J. Davis