UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEAN BATTY, *et al.*,<br><br>   Plaintiffs,<br><br>-against-<br><br>KEN ALBERTELLI, *et al.*,<br><br>   Defendants. | CIVIL ACTION NO.<br>1:15-cv-10238 |

## MOTION TO ADMIT DAVID D. JENSEN *PRO HAC VICE*

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.5.3 of the Rules of this Court, Plaintiffs move for the admission of David D. Jensen, *pro hac vice*, on the following grounds:

1. David Jensen is admitted to practice and is in good standing before the State courts of New York and New Jersey. I have verified Mr. Jensen's active membership and good standing in the New York and New Jersey bars by checking websites operated by these States.

2. David Jensen has reviewed and is familiar with the Local Rules of this Court.

3. The undersigned, an attorney admitted to practice and in good standing before this Court, has appeared in this action.

Respectfully submitted,

/s/ Patrick M. Groulx
Patrick M. Groulx, Esq.
BBO No. 673394
Grolman, LLP
321 Columbus Avenue
Boston, Massachusetts 02116
Tel: 617.859.8966
Fax: 617.859.8903

Dated: March 2, 2015          patrick@grollmanllp.com

-2-

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 2, 2015.

/s/ Patrick M. Groulx
Patrick M. Groulx, Esq.