UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JEAN BATTY, *et al.*,<br><br>                          Plaintiffs,<br><br>-against-<br><br>KEN ALBERTELLI, *et al.*,<br><br>                        Defendants. | )<br>)<br>)<br>)  CIVIL ACTION NO.<br>)  1:15-cv-10238<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### DECLARATION OF DAVID D. JENSEN

I, DAVID D. JENSEN, declare as follows:

1.      I am an attorney with offices in Beacon, New York and New York, New York.  I am over 18 years of age and am competent to testify on my own behalf.

2.      I am a member in good standing of every bar in which I have been admitted to the practice of law.  Specifically, I am a member in good standing of the State bars of New York and New Jersey, and the following federal courts:  the United States District Courts for the Central District of Illinois, the District of New Jersey, and the Northern, Southern, Eastern, and Western Districts of New York; the United States Courts of Appeals for the First, Second, Third, and Seventh Circuits; and, the United States Supreme Court.

3.      There are no disciplinary charges pending against me in any jurisdiction.  I have never been disciplined or sanctioned by a court or bar association.

4.      I have never been convicted of any crime.

5.      I have reviewed and become familiar with the Local Rules of the United States District Court for the District of Massachusetts.

6.      A regular member of the bar of this Court is advancing the present motion and has

filed a notice of appearance in this case.


I affirm all of the foregoing statements under penalty of perjury under the laws of the
United States of America.

Dated: March 2, 2015


                                         /s/ David D. Jensen
                                        David D. Jensen