# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **JEAN BATTY, ET AL.** | |
| *Plaintiff* | |
| v. | Civil Action No.: **1:15–CV–10238–FDS** |
| **KEN ALBERTELLI, ET AL.** | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    Chief David A. Provencher
    New Bedford Police Department
    71 Rockdale Ave.
    New Bedford, MA 02740

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) ---- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) --- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiffs attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**ROBERT M. FARRELL**
*CLERK OF COURT*

/s/ – Timothy Maynard
*Signature of Clerk or Deputy Clerk*

ISSUED ON 2015-04-02 10:24:06.0, Clerk USDC DMA

Civil Action No.: **1:15-CV-10238-FDS**

PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) CHIEF DAVID A. PROVENCHER
was received by me on (date) 4/3/2015.

☐ I personally served the summons on the individual at (place)_____
_____on (date)_____ ; or

☐ I left the summons at the individuals residence or usual place of abode with (name)_____
_____, a person of suitable age and discretion who resides there,
on (date) _____, and mailed a copy to the individuals last known address; or

☒ I served the summons on (name of individual) KERI LEBEAU, ADMINISTRATOR who is
designated by law to accept service of process on behalf of (name of organization) CHIEF DAVID A PROVENCHER
871 ROCKDALE AVE NEW BEDFORD MA 02740 on (date) 4/6/2015 ; or

☐ I returned the summons unexecuted because_____ ; or

☐ Other (specify) :

My fees are $ _____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

4/6/2015
Date

Cynthia Paris
Server's Signature

CYNTHIA PARIS, PROCESS SERVER
Printed name and title

BOSTON PROCESS SERVER LLC
601 BOYLSTON ST PMB 334 - LOWER LEVEL
BOSTON, MA 02116
Server's Address

Additional information regarding attempted service, etc:

DESCRIPTION: CAUCASIAN, FEMALE, 25-30 YRS, 5'10", 165 LBS
BROWN HAIR