UNITED STATES COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: )<br>Jean Batty; Edward Russo; Mary Learning; Ken )<br>Trudell; Matt Wolf; Paul P. Barnett; Craig Vacca; )<br>David Goldman; Janele Goldman and )<br>Commonwealth Second Amendment, )<br>Inc., )<br>              Plaintiffs. )<br>_____)<br>        v. )<br>)<br>Ken Albertelli, in his official Capacity as )<br>Chief of the Winchester Police Department; )<br>Richard C. Grimes, in his Official Capacity as )<br>Chief of the Weymouth Police Department; )<br>William Taylor, in his Official Capacity as )<br>Superintendent of the Lowell Police Department; and )<br>David A. Provencher, in his Official Capacity as the )<br>Chief of the New Bedford Police Department )<br>              Defendants. )<br>_____) | CIVIL ACTION NO.<br>1:15-cv-10238 |

## **NOTICE OF APPEARANCE**

Kindly enter my appearance as attorney for Defendant, Kenneth C. Albertelli, in his Official Capacity as Chief of the Winchester Police Department, in the above-captioned case.

                                      Kenneth C. Albertelli, in His Official Capacity as
                                      Chief of the Winchester Police Department
                                      DEFENDANT

                                      /s/ Wade M. Welch
                                      Wade M. Welch, Esq.
                                      Welch & Donohoe, LLP
                                      655 Summer St., Suite 203
                                      Boston, MA 02210
                                      617-428-0222
Dated: April 24, 2015                      BBO # 522160

## Certificate of Service

The undersigned member of the Bar certify that a copy of the foregoing document was served by first class mail or by electronic mail as shown on April 24, 2015

/s/ Wade M. Welch

Wade M. Welch


Rachel M. Brown, Esq.
City of Lowell Law Department
375 Merrimack Street, 3rd Floor
Lowell, MA 01852
978-670-4050
978-453-1510 (fax)
rbrown@lowellma.gov

John Davis, Esq.
Pierce, Davis & Perritano, LLP
90 Canal Street
Boston, MA 02114-2018
617-350-0950
617-350-7760 (fax)
jdavis@piercedavis.com

Patrick M. Groulx
Goldman LLP
321 Columbus Avenue
Boston, MA 02116
617-859-8966
617-859-8903 (fax)
Patrick@grolmanllp.com

David D. Jensen
David Jensen PLLC
111 John Street, Suite 420
New York, NY 10038
212-380-6615
david@djensenpllc.com

Kenneth J. Rosetti, Esq.
City of Lowell Law Department
375 Merrimack Street
Lowell, MA 01852
978-674-4050
978-453-1510 (fax)
krossetti@lowellma.gov

Adam Simms, Esq.
Pierce, Davis & Perritano, LLP
90 Canal Street
Boston, MA 02114
617-350-0950
617-350-7760 (fax)
asimms@piercedavis.com