UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEAN BATTY; EDWARD RUSSO; MARY LEARNING; KEN TRUDELL; MATT WOLF; PAUL P. BARNETT; CRAIG VACCA; DAVID GOLDMAN; JANELLE GOLDMAN; and COMMONWEALTH SECOND AMENDMENT, INC.,<br>    Plaintiffs<br><br>v.<br><br>KEN ALBERTELLI, in his Official Capacity as Chief of the Winchester Police Department; RICHARD C. GRIMES, in his Official Capacity as Chief of the Weymouth Police Department; WILLIAM TAYLOR, in his Official Capacity as Superintendent of the Lowell Police Department; and DAVID A. PROVENCHER, in his Official Capacity as Chief of the New Bedford Police Department,<br>    Defendants | C.A. 15-10238-FDS |

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

I hereby certify that I have conferred with all counsel of record prior to filing the attached Motion.

May 4, 2015

Respectfully submitted,
DEFENDANT, WILLIAM TAYLOR,
SUPERINTENDENT, LOWELL POLICE
DEPARTMENT

*/s/ Kenneth J. Rossetti*
Kenneth J. Rossetti, 1st Assistant City Solicitor
BBO # 637135
Rachel M. Brown, Assistant City Solicitor
BBO # 667369
City of Lowell Law Department
375 Merrimack Street, 3rd Floor
Lowell, MA 01852-5909
Tel: 978-674-4050
Fax: 978-453-1510
krossetti@lowellma.gov
rbrown@lowellma.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was filed through the Electronic Case Filing System for filing and electronic service to the registered participants as identified on the Notice of Electronic Filing on May 4, 2015.

/s/ Kenneth J. Rossetti
Kenneth J. Rossetti, 1st Assistant City Solicitor