UNITED STATES COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
1:15-CV-10238

| | |
|---|---|
| IN RE: | ) |
| | ) |
| JEAN BATTY; EDWARD RUSSO; MARY LEARNING; KEN TRUDELL; MATT WOLF; PAUL P. BARNETT;CRAIG VACCA; DAVID GOLDMAN; JANELE GOLDMAN; ANDCOMMONWEALTH SECOND AMENDMENT, INC. | ) |
| Plaintiffs | ) |
| VS. | ) |
| KEN ALBERTELLI, in his Official Capacity as Chief of the Winchester Police Department; RICHARD C. GRIMES, in his official Capacity As Chief of the Weymouth Police Department; WILLIAM TAYLOR, in his Official Capacity as Superintendent of the Lowell Police Department; And DAVID A. PROVENCHER, in his Official Capacity as Chief of the New Bedford Police Department, | ) |
| Defendants | ) |

## NOTICE OF APPEARANCE OF COUNSEL
## AND RULE 5 CERTIFICATION

**NOW COMES**, Kreg R. Espinola, Assistant City Solicitor, City of New Bedford, Office of the City Solicitor, 133 William Street, Room 203, New Bedford, MA 02740 and respectfully files his Appearance of Counsel for the defendant, David A. Provencher, in his

1

official capacity as Police Chief of the City of New Bedford Police Department, in the above-entitled matter now pending before the Bristol County Superior Court.

In accordance with Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) with states in part: "… Attorneys shall: provide their clients with this information about court-connected dispute resolution services; discuss with their clients the advantages and disadvantages of the various methods of dispute resolution; and certify their compliance with this requirement on the civil cover sheet or its equivalent …," I hereby certify that I have complied with this requirement.

          Respectfully submitted,

          Defendant, David A. Provencher, in
          His Official Capacity as Chief of the
          New Bedford Police Department

          By his Attorney,

          /s/Kreg R. Espinola

          City of New Bedford
          Assistant City Solicitor
          Office of the City Solicitor
          133 William Street, Room 203
          New Bedford, MA  02740
          Tel. (508) 979-1460
          Kreg.espinola@newbedford-ma.gov

DATED: May 12, 2015

## CERTIFICATE OF SERVICE

I, Kreg R. Espinola, counsel for Defendant, David A. Provencher, in his official capacity as Chief of Police for City of New Bedford Police Department, hereby certify that I did this day mail by postage prepaid a copy of the within NOTICE OF APPEARANCE OF COUNSEL, to the following:

Wade M. Welch, Esquire
WELCH & DONOHOE, LLP
655 Summer Street, Suite 203
Boston, MA  02110
617-428-0222
617-428-0285 (fax)
wwelch@welchdonohoe.com


David D. Jensen, Esquire
DAVID JENSEN, PLLC
111 John Street, 420
New York, New York  10038
212-380-6615
david@djensenpllc.com


Patrick M. Groulx, Esquire
GOLDMAN, LLP
321 Columbus Avenue
617-859-8966
617-859-8903 (Fax)
Boston, MA  02116
patrick@grolmanllp.com


Rachel M. Brown, Esquire
CITY OF LOWELL LAW DEPARTMENT
375 Merrimack Street, 3rd Floor
Lowell, MA  01852
978-670-4050
978-453-1510 (fax)
rbrown@lowellma.gov

Kenneth J. Rosetti, Esquire
CITY OF LOWELL LAW DEPARTMENT
375 Merrimack Street, 3rd Floor
Lowell, MA 01852
978-670-4050
978-453-1510 (fax)
krossetti@lowellma.gov


John Davis, Esquire
PIERCE, DAVIS & PERRITANO, LLP
90 Canal Street
Boston, Ma 02114
617-350-0950
617-350-7760 (fax)
jdavis@piercedavis.com


Adam Simms, Esquire
PIERCE, DAVIS & PERRITANO, LLP
90 Canal Street
Boston, MA 02114
617-350-0950
617-350-7760 (Fax)
asimms@piercedavis.com


/s/Kreg R. Espinola

Kreg R. Espinola

City of New Bedford
Assistant City Solicitor

DATED: May 14, 2015