UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                        )
JEAN BATTY; D. SCOTT BATTY, JR., MD;          )
MARY LEARNING; KEN TRUDELL; MATT             )
WOLF; PAUL BARNETT; and COMMON-              )
WEATLH SECOND AMENDMENT, INC.,              )
            Plaintiffs,                                   )
                                                        )
v.                                                       )   CIVIL ACTION NO. 1:15-cv-10238
                                                        )
KEN ALBERTELLI, in his Official Capacity as      )
Chief of the Winchester Police Department;          )
RICHARD C. GRIMES, in his Official Capacity as  )
Chief of the Weymouth Police Department;  and    )
WILLIAM TAYLOR, in his Official Capacity as     )
Superintendent of the Lowell Police Department,    )
            Defendant.                                  )
_____)

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), it is hereby stipulated and agreed, by and between

the undersigned counsel, that Plaintiffs' Complaint as against Richard Grimes, in his Official

Capacity as the Chief of the Weymouth Police Department, is and shall be dismissed without

prejudice, each side to bear their/his own attorney's fees, costs, and expenses whether by statute

or otherwise.

Respectfully submitted,


The Plaintiffs,
JEAN BATTY; D. SCOTT BATTY, JR.,
MD; MARY LEARNING; KEN TRUDELL;
MATT WOLF; PAUL BARNETT; and
COMMONWEATLH SECOND
AMENDMENT, INC.,
By their attorneys,



*/s/ Patrick M. Groulx*
Patrick M. Groulx, Esq. BBO #673394
Grolman, LLP
321 Columbus Avenue
Boston, MA 02116
(617) 859-8966
patrick@grolmanllp.com


   - and –


*/s/ David D. Jensen*
David D. Jensen, Esq.
DAVID JENSEN PLLC
111 John Street – Suite 420
New York, NY 10038
(212) 380-6615
david@djensenpllc.com

The Defendant,
RICHARD C. GRIMES, in his official capacity
as Chief of the Weymouth Police Department,
By his attorneys
**PIERCE, DAVIS & PERRITANO, LLP**


*/s/ Adam Simms*
John J. Davis, BBO #115890
Adam Simms, BBO #632617
90 Canal Street
Boston, MA 02114
(617) 350-0950
jdavis@piercedavis.com
asimms@piercedavis.com


## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Appearance filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on July 1, 2015.

*/s/ David D. Jensen*
David D. Jensen