UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEAN BATTY; EDWARD RUSSO; MARY LEARNING; KEN TRUDELL; MATT WOLF; PAUL P. BARNETT; CRAIG VACCA; DAVID GOLDMAN; JANELLE GOLDMAN; and COMMONWEALTH SECOND AMENDMENT, INC.,<br>　　Plaintiffs<br><br>v.<br><br>KEN ALBERTELLI, in his Official Capacity as Chief of the Winchester Police Department; RICHARD C. GRIMES, in his Official Capacity as Chief of the Weymouth Police Department; WILLIAM TAYLOR, in his Official Capacity as Superintendent of the Lowell Police Department; and DAVID A. PROVENCHER, in his Official Capacity as Chief of the New Bedford Police Department,<br>　　Defendants | C.A. 15-10238-FDS |

### ASSENTED MOTION OF DEFENDANT, WILLIAM TAYLOR, SUPERINTENDENT OF THE LOWELL POLICE DEPARTMENT, TO CONTINUE JULY 21, 2015 HEARING DATE TO WEEK OF AUGUST 24, 2015 (FIRST REQUEST FOR CONTINUANCE)

Defendant, William Taylor, Superintendent of Police for the Lowell Police Department ("City"), hereby moves, with the assent of each party to this case, to continue the July 21, 2015 hearing on the City's Motion to Stay, and in support of this assented Motion, the City states the following:

1.　This Honorable Court (Saylor, J.) set a date of July 21, 2015 for a hearing on the City's Motion to stay this action under R.R. Comm'n of Texas v. Pullman Co., 312 U.S. 496 (1941) ("Pullman").

2. A scheduling conflict has arisen on the part of the City's undersigned legal counsel regarding the court hearing date, and the City respectfully asks this Honorable Court to continue the subject hearing to a date of the Court's choosing during the week of August 24, 2015.

3. The City, by and through its undersigned legal counsel, conferred with legal counsel for all parties in this case in advance of this filing, and each party assents to the requested continuance. Counsel also inquired of the earliest common availability of all of the parties' attorneys and learned that counsel are available during the week of August 24, 2015.

4. This assented Motion constitutes the first request to continue the subject hearing date.

WHEREFORE, the City respectfully requests that this Honorable Court grant this assented Motion, and reschedule the July 21, 2015 motion hearing to a date during the week of August 24, 2015.

July 16, 2015

Respectfully submitted,
DEFENDANT, WILLIAM TAYLOR,
SUPERINTENDENT, LOWELL POLICE
DEPARTMENT

/s/ Kenneth J. Rossetti
Kenneth J. Rossetti, 1st Assistant City Solicitor
BBO # 637135
Rachel M. Brown, Assistant City Solicitor
BBO # 667369
City of Lowell Law Department
375 Merrimack Street, 3rd Floor
Lowell, MA 01852-5909
Tel: 978-674-4050
Fax: 978-453-1510
krossetti@lowellma.gov
rbrown@lowellma.gov

ASSENTED:

PLAINTIFFS


s/Patrick M. Groulx
Patrick M. Groulx (BBO #673394)
Grolman, LLP
321 Columbus Avenue
Boston MA 02116
Tel: 617-859-8966
Fax: 617-859-8903
patrick@grolmanllp.com

s/David D. Jensen
David D. Jensen
*Pro Hac Vice*
David Jensen PLLC
111 John Street, Suite 420
New York NY 10038
Tel: 212-380-6615
Fax: 917-591-1318
david@djensenpllc.com

DEFENDANT, KEN ALBERTELLI
CHIEF, WINCHESTER POLICE DEPARTMENT


s/Wade M. Welch
Wade M. Welch (BBO #522160)
Welch & Donohoe, LLP
655 Summer Street, Suite 203
Boston MA 02110
Tel: 617-428-0222
Fax: 617-428-0285
wwelch@welchdonohoe.com

DEFENDANT, DAVID A. PROVENCHER
CHIEF, NEW BEDFORD POLICE DEPARTMENT


s/Kreg R. Espinola
Kreg R. Espinola (BBO #649389)
Assistant City Solicitor
City of New Bedford
Office of the City Solicitor
133 William Street, Room 203
New Bedford MA 02740
Tel: 508-979-1460
Fax: 508-979-1515
Kreg.espinola@newbedford-ma.gov

DEFENDANT, RICHARD C. GRIMES
CHIEF, WEYMOUTH POLICE DEPARTMENT


s/Adam Simms
Adam Simms (BBO #632617)
Pierce, Davis & Perritano, LLP
90 Canal Street
Boston MA 02114
Tel: 617-350-0950
Fax: 617-350-7760
asimms@piercedavis.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was filed through the Electronic Case Filing System for filing and electronic service to the registered participants as identified on the Notice of Electronic Filing on July 16, 2015.

/s Kenneth J. Rossetti
Kenneth J. Rossetti, 1st Assistant City Solicitor