UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEAN BATTY; EDWARD RUSSO; MARY LEARNING; KEN TRUDELL; MATT WOLF; PAUL P. BARNETT; CRAIG VACCA; DAVID GOLDMAN; JANELLE GOLDMAN; and COMMONWEALTH SECOND AMENDMENT, INC.,<br>    Plaintiffs<br><br>v.<br><br>KEN ALBERTELLI, in his Official Capacity as Chief of the Winchester Police Department; RICHARD C. GRIMES, in his Official Capacity as Chief of the Weymouth Police Department; WILLIAM TAYLOR, in his Official Capacity as Superintendent of the Lowell Police Department; and DAVID A. PROVENCHER, in his Official Capacity as Chief of the New Bedford Police Department,<br>    Defendants | C.A. 15-10238-FDS |

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

I hereby certify that I have conferred with all counsel of record prior to filing the attached Motion.

July 16, 2015                             Respectfully submitted,
                                          DEFENDANT, WILLIAM TAYLOR,
                                          SUPERINTENDENT, LOWELL POLICE
                                          DEPARTMENT

                                          /s/ Kenneth J. Rossetti
                                          Kenneth J. Rossetti, 1st Assistant City Solicitor
                                          BBO # 637135
                                          Rachel M. Brown, Assistant City Solicitor
                                          BBO # 667369
                                          City of Lowell Law Department
                                          375 Merrimack Street, 3rd Floor
                                          Lowell, MA 01852-5909
                                          Tel: 978-674-4050
                                          Fax: 978-453-1510
                                          krossetti@lowellma.gov
                                          rbrown@lowellma.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing document was filed through the Electronic Case Filing System for filing and electronic service to the registered participants as identified on the Notice of Electronic Filing on July 16, 2015.

                                          /s/ Kenneth J. Rossetti
                                          Kenneth J. Rossetti, 1st Assistant City Solicitor