UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEAN BATTY; EDWARD RUSSO; MATT WOLF; PAUL P. BARNETT; CRAIG VACCA; DAVID GOLDMAN; JANELE GOLDMAN; and COMMONWEALTH SECOND AMENDMENT, INC.,<br><br>Plaintiffs,<br><br>-against-<br><br>KEN ALBERTELLI, in his official Capacity as Chief of the Winchester Police Department; WILLIAM TAYLOR, in his Official Capacity as Superintendent of the Lowell Police Department; and DAVID A. PROVENCHER, in his Official Capacity as Chief of the New Bedford Police Department,<br><br>Defendants. | CIVIL ACTION NO. 1:15-cv-10238-FDS |

**ASSENTED MOTION, BY AND BETWEEN PLAINTIFFS WOLF, BARNETT, VACCA, AND COMMONWEALTH SECOND AMENDMENT, INC., AND DEFENDANT, LOWELL POLICE SUPERINTENDENT TAYLOR, TO STAY PLAINTIFFS' CLAIMS AGAINST SUPERINTENDENT TAYLOR PENDING PLAINTIFFS' REAPPLICATION FOR LICENSES TO CARRY UNDER NEW LOWELL POLICY**

Plaintiffs Matt Wolf, Paul P. Barnett, Craig Vacca, and Commonwealth Second Amendment, Inc. (collectively, "Lowell Plaintiffs"), and Defendant, William Taylor, Superintendent of the Lowell Police Department ("Superintendent Taylor"), hereby move, on an assented basis, for entry of a stay of the Lowell Plaintiffs' claims against Superintendent Taylor in this action, and in support of this assented motion, the moving parties state the following:

1.     In accordance with the parties' Joint Statement of November 3, 2015 (Document No. 38, Part 3, Page 2), the moving parties respectfully seek a stay of the Lowell Plaintiffs'

claims against Superintendent Taylor, as Superintendent Taylor has rolled out a new policy on issuing licenses to carry firearms in the City of Lowell.

2. Plaintiffs Wolf, Barnett and Vacca will have the chance to reapply for an unrestricted license to carry a firearm under the new policy in Lowell.

3. The decisions on such reapplications may moot or otherwise resolve the Lowell Plaintiffs' claims against Superintendent Taylor in this action.

4. In light of the foregoing, and in the interest of litigation economy, the moving parties hereto respectfully ask this Honorable Court on an assented basis to stay the Lowell Plaintiffs' claims against Superintendent Taylor for a period of sixty (60) days following the Court's Order, or for such an alternative period of time as this Honorable Court deems meet and just.

WHEREFORE, the Lowell Plaintiffs and Superintendent Taylor respectfully move on an assented basis for entry of a stay of the Lowell Plaintiffs' claims against Superintendent Taylor for a period of sixty (60) days, or for such an alternative period of time as this Honorable Court deems meet and just.

    Respectfully submitted,

    PLAINTIFFS WOLF, BARNETT, VACCA, AND
    COMMONWEALTH SECOND AMENDMENT, INC.
    By their attorneys,

    /s/ David D. Jensen
    David D. Jensen, Admitted *Pro Hac Vice*
    DAVID JENSEN PLLC
    111 John Street, Suite 420
    New York, New York 10038
    Tel: 212.380.6615
    Fax: 917.591.1318
    david@djensenpllc.com

    Patrick M. Groulx, BBO #673394

Grolman LLP
321 Columbus Avenue
Boston, Massachusetts 02116
Tel: 617.859.8966
Fax: 617.859.8903
patrick@grolmanllp.com

Dated: February 18, 2016

LOWELL SUPERINTENDENT WILLIAM TAYLOR,
By his attorneys,

/s/ Kenneth J. Rossetti
Kenneth J. Rossetti, 1st Assistant City Solicitor
BBO # 637135
Rachel M. Brown, Assistant City Solicitor
BBO # 667369
City of Lowell Law Department
375 Merrimack Street, 3rd Floor
Lowell, MA 01852-5909
Tel: 978-674-4050
Fax: 978-453-1510
krossetti@lowellma.gov
rbrown@lowellma.gov

Dated: February 18, 2016

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

I hereby certify that I conferred with counsel of record for the Lowell Plaintiffs noted above prior to filing the foregoing assented Motion.

/s/ Kenneth J. Rossetti
Kenneth J. Rossetti, 1st Assistant City Solicitor

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was filed through the Electronic Case Filing System for filing and electronic service to the registered participants as identified on the Notice of Electronic Filing on February 18, 2016.

/s/ Kenneth J. Rossetti
Kenneth J. Rossetti, 1st Assistant City Solicitor