UNITED STATES COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: ) <br> Jean Batty; Edward Russo; Mary ) <br> Learning; Ken Trudell; Matt Wolf; ) <br> Paul P. Barnett; Craig Vacca; David ) <br> Goldman; Janele Goldman; and ) <br> Commonwealth Second Amendment, ) <br> Inc., ) <br>                Plaintiffs. ) <br> _____) <br> ) <br> ) <br>        -against- ) <br> ) <br> Ken Albertelli, in his official Capacity as ) <br> Chief of the Winchester Police Department; ) <br> Richard C. Grimes, in his Official Capacity ) <br> As Chief of the Weymouth Police ) <br> Department; William Taylor, in his Official ) <br> Capacity as Superintendent of the Lowell ) <br> Police Department; and David A. ) <br> Provencher, in his Official Capacity as the ) <br> Chief of the New Bedford Police ) <br> Department, ) <br> ) <br> ) <br>                Defendants. ) <br> _____) | CIVIL ACTION NO. <br> 1:15-cv-10238 |

### DEFENDANT KEN ALBERTELLI'S
### MOTION FOR JUDGMENT ON THE PLEADINGS
### OR IN THE ALTERNATIVE MOTION FOR SUMMARY JUDGMENT

Defendant Ken Albertelli, Chief of Police of the Town of Winchester (Chief Albertelli) hereby moves this Court, pursuant to Federal Rule of Civil Procedure 12 (c) for judgment on the pleadings or in the alternative, Rule 56 for Summary Judgment in favor of the Defendant Chief

1

Albertelli. As grounds for this motion, Defendant Albertelli states that: 1) Plaintiffs fail, as a matter of law, to satisfy the standard for a substantive due process violation; 2) Plaintiffs fail to establish an actionable constitutional violation and that similarly situated individuals were treated differently in violation of plaintiff's equal protection rights ; 3) Finally, Plaintiffs fail to establish an actionable deprivation of their Second Amendment rights by Defendant Chief Albertelli.

For the reasons set forth in Defendant's Memorandum of Law filed herewith, Defendant Chief Albertlli requests the Court grant this Motion for Judgment on the Pleading, or in the alternative, Summary Judgment.

               Respectfully submitted,
               Ken Albertelli, Chief of Police
               Town of Winchester
               By his attorney,

               Wade Welch, Esquire BBO# 522160
               Welch & Donohoe
               655 Summer Street
               Boston, MA 02210
               617-428-0222
Dated: July 7, 2016       wwelch@welchdonohoe.com

CERTIFICATE OF LOCAL RULE 7 CONFERENCE

I, Defendant's Counsel, hereby that I conferred with Plaintiffs' Counsel in a good faith attempt to resolve or narrow the issues presented in this motion.

               Wade M. Welch, Esquire

**CERTIFICATE OF SERVICE**

      The undersigned member of the Bar certifies that a copy of the foregoing document was served by first class mail or by electronic mail as shown on July 7, 2016.

                                                    Wade M. Welch

Kreg Espinola
Burke, Espinola & Van Colen
15 Hamilton Street
New Bedford, MA 02740
espinolak@aol.com

Patrick M. Groulx
Goldman LLP
321 Columbus Avenue
Boston, MA 02116
617-859-8966
617-859-8903 (fax)
Patrick@grolmanllp.com

David D. Jensen
David Jensen PLLC
111 John Street, Suite 420
New York, NY 10038
212-380-6615
david@djensenpllc.com

Kenneth J. Rosetti, Esq.
City of Lowell Law Department
375 Merrimack Street
Lowell, MA 01852
978-674-4050
978-453-1510 (fax)
krossetti@lowellma.gov