| | |
|---|---|
| JEAN BATTY; EDWARD RUSSO; MATT WOLF; PAUL P. BARNETT; CRAIG VACCA; DAVID GOLDMAN; JANELE GOLDMAN; and COMMONWEALTH SECOND AMENDMENT, INC., <br><br> Plaintiffs, <br><br> -against- <br><br> KEN ALBERTELLI, in his official Capacity as Chief of the Winchester Police Department; WILLIAM TAYLOR, in his Official Capacity as Superintendent of the Lowell Police Department; and DAVID A. PROVENCHER, in his Official Capacity as Chief of the New Bedford Police Department, <br><br> Defendants. | CIVIL ACTION NO. 1:15-cv-10238-FDS |

### MOTION OF DEFENDANT, LOWELL POLICE SUPERINTENDENT TAYLOR, TO DISMISS PLAINTIFFS' CLAIMS BASED ON MOOTNESS/STANDING GROUNDS

Defendant William Taylor, Superintendent of the Lowell Police Department ("Superintendent Taylor"), hereby moves to dismiss the claims of Plaintiffs Matt Wolf, Paul P. Barnett, Craig Vacca, and Commonwealth Second Amendment, Inc. (collectively, "Lowell Plaintiffs") against Superintendent Taylor in the Amended Complaint, based on mootness/standing grounds in light of the new policy enacted by the City, after the start of this suit, regarding the issuance of licenses to carry a firearm under MGL c. 140, § 131.

In support of this Motion, and in accordance with the Local Rules of this Honorable Court, Superintendent Taylor relies upon, and incorporates herein by reference in its entirety, his Memorandum in Support of Dispositive Motion.

WHEREFORE, Superintendent Taylor respectfully asks that this Honorable Court award the following relief:

1. Enter an order dismissing the Lowell Plaintiffs' claims in their entirety; and

2. Award to Superintendent Taylor such other and further relief as this Honorable Court deems meet and just.

LOWELL SUPERINTENDENT WILLIAM TAYLOR,
By his attorneys,

*/s/ Kenneth J. Rossetti*_____
Kenneth J. Rossetti, 1st Assistant City Solicitor
BBO # 637135
Rachel M. Brown, Assistant City Solicitor
BBO # 667369
City of Lowell Law Department
375 Merrimack Street, 3rd Floor
Lowell, MA 01852-5909
Tel: 978-674-4050
Fax: 978-453-1510
krossetti@lowellma.gov
rbrown@lowellma.gov

Dated: July 7, 2016

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

I hereby certify that I conferred with counsel of record for the Lowell Plaintiffs noted above prior to filing this Motion.

/s/ Kenneth J. Rossetti
Kenneth J. Rossetti, 1st Assistant City Solicitor

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was filed through the Electronic Case Filing System for filing and electronic service to the registered participants as identified on the Notice of Electronic Filing on July 7, 2016.

/s/ Kenneth J. Rossetti
Kenneth J. Rossetti, 1st Assistant City Solicitor
