

THE COMMONWEALTH OF MASSACHUSETTS
EXECUTIVE OFFICE OF PUBLIC SAFETY AND SECURITY

Department of Criminal Justice Information Services

200 Arlington Street, Suite 2200, Chelsea, Massachusetts 02150, MASS.GOV/CJIS
TEL: 617-660-4600 • TTY: 617-660-4606 • FAX: 617-660-4613

Charles D. Baker | Karyn E. Polito | Daniel Bennett | James F. Slater, III
Governor | Lieutenant Governor | Secretary of Public Safety and Security | Acting Commissioner

## AFFIDAVIT OF MICHAELA M. DUNNE

1. I, Michaela Dunne, am the Manager of Law Enforcement and Justice Services of the Department of Criminal Justice Information Services ("DCJIS"). I have been employed by the Commonwealth for fourteen years and I was appointed the Manager of Law Enforcement and Justice Services in November of 2013. My duties include overseeing the Firearms Records Bureau ("FRB").

2. DCJIS is an administrative agency within the Executive Office of Public Safety and Security and is the state repository for firearm license, permit and weapon transaction records.

3. My duties and responsibilities include oversight of the FRB staff and acting as Keeper of the Records for all licenses to carry ("LTC"), firearm identification ("FID") cards, and reported weapons transaction records.

4. Pursuant to G.L. c. 140, §129B, or §131, upon the issuance of a FID card or LTC, respectively, the licensing authority is required to forward a copy to the Commissioner of the DCJIS. Alternatively, if the licensing authority uses the on-line Massachusetts Instant Record Check System ("MIRCS") to process the application, DCJIS does not receive paper copies, but relies upon the computer record.

5. On April 5, 2016, DCJIS FRB received a request from Barbara Bosco, Administrative Assistant to the Chief of Police at the Winchester Police Department to produce a report of firearms license applications processed by the Winchester Police Department from January 1, 2007 through present including the following: the number of Class A or Class B LTCs issued and corresponding restrictions, if any; whether the LTCs issued where for new or renewal applicants, and how many LTCs were issued to law enforcement officers.

6. Accordingly, DCJIS FRB has produced a report of all the Class A and Class B LTCs issued from January 1, 2007 through April 11, 2016. The report includes the license type, whether the license was a new or renewal

application, restriction, and occupation. If "Other" is entered in this field, the licensing authority has entered a restriction that is not on the list of standard restrictions available in MIRCS.

7. The attached record is a true copy of the printed electronic record received and stored in accordance with law by the FRB in the ordinary course of business.

8. The above information is true and accurate to the best of my knowledge and belief.

Signed under the penalties of perjury this 12th day of April in the year 2016.

_____  　　　　　　　　　_____
       Michaela M. Dunne　　　　　　　　　　　　　　　　　　Date

04/12/2016