UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEAN BATTY; EDWARD RUSSO; MATT WOLF; PAUL P. BARNETT; CRAIG VACCA; and COMMONWEALTH SECOND AMENDMENT, INC.,<br><br>      Plaintiffs,<br><br>  -against-<br><br>KEN ALBERTELLI, in his official Capacity as Chief of the Winchester Police Department; and WILLIAM TAYLOR, in his Official Capacity as Superintendent of the Lowell Police Department,<br><br>      Defendants. | CIVIL ACTION NO.<br>1:15-cv-10238-FDS |

**ASSENTED-TO MOTION TO ENLARGE THE
DEADLINES FOR OPPOSING DISPOSITIVE MOTIONS**

Plaintiffs respectively move the Court to enlarge all deadlines for filing oppositions to the parties' various dispositive motions (Doc. Nos. 50, 51 & 55) from July 28-29, 2016 to August 2, 2016.  Counsel for Defendants Albertelli and Taylor assent to this request.  In support of this motion, Plaintiffs state as follows:

  1)  Yesterday (July 26, 2016) a client of Plaintiffs' undersigned counsel (unrelated to the matter before the Court) received an Order to Show Cause that is returnable this upcoming Friday morning (July 29, 2016) in Albany, New York.  <u>Kelly v. N.Y. State Bd. of Elections, et al.</u>, no. 04170/16 (Supr. Ct. Albany Co.).  This case is an election law case that concerns a challenge to a candidate's listing on the ballot in an upcoming state primary election.  It would be either impossible or extremely impractical to extend the return date, given the time-sensitive nature of the case.  Plaintiffs' counsel represented this client in a prior ballot-related challenge.

     2)       The requested enlargement will allow Plaintiffs' counsel two business days after the hearing to finalize opposition papers for the present matter – essentially, the same amount of time "lost" due to this recent development.

     3)       Counsel for Defendants Ken Albertelli and William Taylor have assented to this motion.

Respectfully submitted,

THE PLAINTIFFS,
By their attorneys,

/s/ David D. Jensen
David D. Jensen, Admitted *Pro Hac Vice*
DAVID JENSEN PLLC
111 John Street, Suite 420
New York, New York 10038
Tel: 212.380.6615
Fax: 917.591.1318
david@djensenpllc.com

Patrick M. Groulx, BBO #673394
Grolman LLP
321 Columbus Avenue
Boston, Massachusetts 02116
Tel: 617.859.8966
Fax: 617.859.8903

Dated: July 27, 2016  patrick@grolmanllp.com

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on 27 July 2016.

/s/ David D. Jensen
David D. Jensen, Esq.