# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEAN BATTY, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) CIVIL ACTION NO. |
| | ) 1:15-cv-10238-FDS |
| -against- | ) |
| | ) |
| KEN ALBERTELLI, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFFS' REVISED RESPONSE TO
## DEFENDANT TAYLOR'S MOTION TO DISMISS

Since Plaintiffs submitted their opposition to Defendant Taylor's motion to dismiss (Doc. No. 68), Defendant has issued an unrestricted LTC to Plaintiff Craig Vacca. As Defendant has adopted a new policy for issuing unrestricted LTC's and has in fact issued unrestricted LTC's to Plaintiffs Vacca and Wolf (Paul Barnett having moved from Massachusetts), Plaintiffs hereby withdraw their prior opposition and advise that they do not oppose Defendant Taylor's motion (Doc. No. 51) to the extent it seeks to dismiss the claims against Defendant Taylor as moot.

Dated: August 26, 2016

        Respectfully submitted,
        THE PLAINTIFFS,
        By their attorneys,

        David D. Jensen, Esq.
        Admitted *Pro Hac Vice*
        DAVID JENSEN PLLC
        111 John Street, Suite 420
        New York, New York 10038
        Tel: 212.380.6615
        Fax: 917.591.1318
        david@djensenpllc.com

`Case 1:15-cv-10238-FDS   Document 70   Filed 08/26/16   Page 2 of 2`

Patrick M. Groulx, Esq.
BBO No. 673394
Grolman LLP
321 Columbus Avenue
Boston, Massachusetts 02116
Tel:  617.859.8966
Fax:  617.859.8903
patrick@grolmanllp.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on 26 August 2016.

 /s/ David D. Jensen
David D. Jensen, Esq.