UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEAN BATTY, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. |
| v. ) | 15-10238-FDS |
| ) | |
| KEN ALBERTELLI, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER ON DEFENDANT TAYLOR'S UNOPPOSED MOTION TO DISMISS

**SAYLOR, J.**

This is a federal constitutional challenge to the policies of four Massachusetts towns concerning firearm licenses. This motion to dismiss concerns only the policies of the Lowell Police Department. The named defendant is William Taylor, the Superintendent of the Lowell Police Department. Plaintiffs Matt Wolf, Paul P. Barnett, Craig Vacca, and Commonwealth Second Amendment, Inc., have brought suit under 42 U.S.C. § 1983, contending that defendant's exercise of his authority under Mass. Gen. Laws ch. 140, §131 violates what they view as their Second Amendment rights. In particular, plaintiffs contend that defendant unconstitutionally restricts firearm licenses to target and hunting purposes.

On July 7, 2016, Taylor moved to dismiss the claims against him on mootness or standing grounds. (Def. Memo. in Support of MTD ECF 52 at 2). Plaintiffs initially opposed Taylor's motion, but revised their response on August 26, 2016, to withdraw their opposition. (Pl. Supp. Resp. ECF 70 at 1).

In support of his motion, Taylor contends that in February 2016, following the commencement of this lawsuit, he issued a new policy related to firearm licensing that addresses plaintiffs' concerns. (Def. Memo. in Support of MTD ECF 52 at 2). Since adopting the policy, Taylor has issued unrestricted firearm licenses to plaintiffs Vacca and Wolf. (Pl. Supp. Resp. ECF 70 at 1). Plaintiff Barnett has moved out of Massachusetts. (*Id*.). Accordingly plaintiffs' claims against Taylor are moot.[1]

For the foregoing reasons, the unopposed motion to dismiss all claims as to defendant Taylor is GRANTED.

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated: September 28, 2016

---

[1] Plaintiff Commonwealth Second Amendment, Inc. is a Massachusetts-based non-profit corporation organized for the purpose of education, research, and legal action regarding what it contends is the constitutional right to possess and carry firearms. (Am. Compl. ¶61). Plaintiffs Wolf, Vacca, and Barnett are members of Commonwealth Second Amendment. (*Id*. ¶62). Because its standing relies on the standing of its members, *see United States v. AVX Corp.*, 962 F.2d 108, 116 (1st Cir. 1992), and because its claims appear to be essentially derivative of the claims of its members, the organization's claims can be decided on the same grounds as those of the individual plaintiffs at this stage without separate analysis.