

# Welch & Donohoe, LLP
## ATTORNEYS AT LAW

www.welchdonohoe.com

655 Summer Street, Suite 203  
Boston, Massachusetts 02210  
Phone 617.428.0222  
Fax 617.428.0285

139 Buckboard Road  
Duxbury, Massachusetts 02332  
Phone 781.934.9964  
Fax 781.285.4342

Deputy Clerk to District Judge F. Dennis Saylor IV  
Federal District Court District of Massachusetts  
1 Court House Way  
Boston, MA 02210

    RE:    Batty w. Albertelli  
            CA No. 1:15-CV-10238 FDS

Dear Deputy Clerk,

    This letter is sent to notify the court and all counsel that Petition for Certiorari was filed in Middlesex Superior court in the Ogonowsky v. Town of Winchester case Civil Action No. 1681-CV-03113.

                                  Respectfully submitted,  
                                  Ken Albertelli, Chief of Police  
                                  Town of Winchester  
                                  By his attorney

                                  Wade Welch, Esquire BBO# 522160  
                                  Welch & Donohoe, LLP  
                                  655 Summer Street  
                                  Boston, MA 02210  
                                  617-428-0222  
Dated: November 16, 2016            wwelch@welchdonohoe.com

## CERTIFICATE OF SERVICE
I hereby certify that I served a copy of the foregoing pleading on all parties by mailing same postage prepaid to all counsel of record. Signed under the pains and penalties of perjury.

Enc.

Wade M. Welch*  
wwelch@welchdonohoe.com  
Melissa C. Donohoe  
mdonohoe@welchdonohoe.com

*also admitted in the District of Colombia*

COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, SS

SUPERIOR COURT NO.

1681-CV-03113

KRISTOPHER OGONOWSKY, Plaintiff/Petitioner

V.

PETER MACDONNELL,[1] in his capacity as Chief of Police for the Town of Winchester,
Defendant/Respondent

**PETITION FOR CERTIORARI (Pursuant to G.L. c. 249, Section 4[2]) SEEKING REVERSAL OF (FORMER) WINCHESTER POLICE CHIEF'S DECISION TO ISSUE A RESTRICTED LICENSE TO CARRY (LTC) TO PETITIONER, BASED ON CHIEF'S FAILURE TO PROVIDE A SPECIFIC REASON FOR REFUSING TO ISSUE THE REQUESTED UNRESTRICTED LTC, AS REQUIRED BY LAW, COMBINED WITH THE LACK OF ANY WRITTEN REGULATIONS GUIDING THE CHIEF'S EXERCISE OF DISCRETION, MAKES SUCH A DECISION *PER SE* ARBITRARY AND CAPRICIOUS UNDER THE GOVERNING LAW, OR ALTERNATIVELY, SEEKING REMAND TO THE WOBURN DISTRICT COURT TO CONSIDER NEWLY DISCOVERED EVIDENCE CONCERNING THE (FORMER) WINCHESTER POLICE CHIEF'S ARBITRARY AND CAPRICIOUS DECISION MAKING PROCESS IN ISSUING LICENSES TO CARRY FIREARMS AS REVEALED IN JULY 2016 FILINGS IN A UNITED STATES DISTRICT (MASSACHUSETTS) COURT CASE AGAINST WINCHESTER, CHALLENGING THE CONSTITUTIONALITY OF WINCHESTER'S LTC PROCESS- BATTY ET.AL. V. ALBERTELLI ET.AL. UNITED STATES DISTRICT OF MASSACHUSETTS NO. 15-CV-10238**

*Background*

The Second Amendment of the United States Constitution guarantees each citizen the right to bear arms. U.S. CONST. amend. II. In Massachusetts G.L. c. 140, §131 sets forth the process for residents to apply to their local police chief (or state police colonel) for a license to

---

[1] As noted in various pleadings and correspondence, most of the events discussed in this matter occurred prior to June 30, 2016, while Kenneth Albertelli was the Winchester Police Chief. Effective on or about June 30, 2016 MacDonnell replaced Albertelli. Hence, MacDonnell has been named the defendant/respondent in this Petition.
[2] For the convenience of the Court, copies of the (highlighted) relevant documents (and law) have been compiled into an Appendix submitted herewith referred to herein by "Ex." numbers. A copy of G.L.c. 249, Section 4 can be found at Ex.1 of the Appendix.

1